**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Crystal Jean Fox,

       Plaintiff,                Civil No.07-3975 (RHK/JSM)

vs.                           **DISQUALIFICATION AND**
                                  **ORDER FOR REASSIGNMENT**

Avery Weigh-Tronix Inc., a/k/a
Weigh-Tronix,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 17, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge